▇▇▇ In the Matter of PATRICIA HEAP, Appellant, v DAVID HEAP, Respondent. [656 NYS2d 994] —Order unanimously affirmed without costs for reasons stated in decision at Herkimer County Family Court, Kirk, J. (Appeal from Order of Herkimer County Family Court, Kirk, J.—Support.) Present—Pine, J. P., Lawton, Callahan, Doerr and Fallon, JJ.